# SUPERIOR COURT OF PENNSYLVANIA

*Reports of cases decided by the Superior Court in which the order, decree, judgment or decision of the court below was affirmed or otherwise disposed of without opinion or without extended opinion.*

### Notice to the Bar

The Superior Court of Pennsylvania, commencing with cases heard or submitted during the March 1979 session, adopted a practice whereby some cases are affirmed per curiam, without a published opinion. However, a memorandum opinion has been prepared and filed by the Superior Court in most of these cases and copies of the memorandum opinion have been forwarded to the chief counsel for the parties and to the lower court. These memorandum opinions contain the rationale of the Superior Court in reaching its decision. Copies of these memorandum opinions may be procured by members of the Bar or any member of the public at the prothonotary's office of the Superior Court in the district in which the case arose.

An unpublished memorandum decision shall not be relied upon or cited by a Court or a party in any other action or proceeding, except that such a memorandum decision may be relied upon or cited (1) when it is relevant under the doctrine of law of the case, res judicata, or collateral estoppel, and (2) when the memorandum is relevant to a criminal action or proceeding because it recites issues raised and reasons for a decision affecting the same defendant in a prior action or proceeding. When an unpublished memorandum is relied upon pursuant to this rule, a copy of the memorandum must be furnished to the other party and to the Court.

(Pa.Super.Ct.R.65.37)

| TITLE | DOCKET NUMBER AND DISPOSITION | DATE | LOWER COURT DOCKET NUMBER/COUNTY |
|---|---|---|---|
| Com. v. Myer [1] | 2083 EDA 2015 Affirmed | 08/01/2016 | CP–51–CR–0410601–2000 (Philadelphia) |
| Com. v. Stone | 1716 MDA 2015 Affirmed | 08/01/2016 | CP–38–CR–0001886–2011 (Lebanon) |
| Com. v. Goodermuth | 2110 MDA 2015 Affirmed | 08/01/2016 | CP–67–CR–0002957–2015 (York) |
| Com. v. Foster | 3232 EDA 2014 Affirmed | 08/02/2016 | CP–46–CR–0002233–2013 (Montgomery) |
| Com. v. Wallery | 3243 EDA 2014 Affirmed | 08/02/2016 | CP–48–CR–0001596–2009 (Northampton) |
| Com. v. Porter | 1162 EDA 2015 Affirmed | 08/02/2016 | CP–51–CR–0001611–2011 (Philadelphia) |
| Com. v. Purnell | 2538 EDA 2015 Affirmed | 08/02/2016 | MC–51–CR–0045891–2013 (Philadelphia) |

1. Petition for reargument denied September 1, 2016.